■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO LOPEZ, Appellant. [825 NYS2d 177]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Crecca, J.), imposed December 8, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Schmidt, J.P., Krausman, Spolzino and Dillon, JJ., concur.